Bam

*LAW OFFICES OF CIVARDI & OBIOL, P.C.*
*Attorneys for Plaintiffs*
*23 South Main Street, Suite 30*
*Freeport, New York 11520*
*(516) 678-9797*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------

ESTATE OF DANIEL McDONNELL, BY DANIELLE
McDONNELL, Administratrix, DEVON McDONNELL,
an infant by his mother and natural guardian,
DANIELLE McDONNELL and DANIELLE McDONNELL,
Individually,

                Plaintiffs,

    -against-

COUNTY OF SUFFOLK, SUFFOLK COUNTY
POLICE DEPARTMENT and MULTIPLE SUFFOLK
COUNTY POLICE OFFICERS WHOSE NAMES ARE
CURRENTLY UNKNOWN,

                Defendants.

*STIPULATION TO AMEND COMPLAINT*

CV11-4221 (WFK)

-------------------------------------------------------

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for the parties that the Complaint in the above-referenced action be amended upon consent pursuant to Rule 15 (2) of the FRCP.

**IT IS FURTHER STIPULATED AND AGREED** this Stipulation may be filed without further notice with the Clerk of the Court.

Dated: Freeport, New York
        March 15, 2012


LAW OFFICES OF CIVARDI & OBIOL, P.C.

By: _____
Stephen Civardi, Esq.   (8376)
Attorneys for Plaintiffs
Freeport Legal Plaza
23 South Main Street Suite 30
Freeport, NY 11520
(516) 678-9797

SUFFOLK COUNTY ATTORNEY

By: _____
Brian Mitchell, Esq.
Attorney for Defendants
100 Veterans Memorial Highway
Hauppauge, NY 11788-0099