# PHILLIPS, WEINER, ARTURA & COX
*Counsellors at Law*
165 South Wellwood Avenue
Lindenhurst, New York 11757-4902

EDWARD R. PHILLIPS (1914 - 1993)
ROBERT L. WEINER
RICHARD F. ARTURA
MICHAEL S. COX
WAYNE J. DONOVAN

TELEPHONE:   (631) 226-2100
FACSIMILE:   (631) 226-2160*
* *Service with written consent*
EMAIL:   info@pwqlaw.com

March 22, 2012

United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

Re:   **Estate of Daniel McDonnell et al v. County of Suffolk et al**
      <u>Case No.: CV11-4221 (WFK)(GRB)</u>

Dear Sir or Madam:

Please be advised that the lead attorney for Plaintiffs; Estate of Daniel McDonnell, Devon McDonnell, and Danielle McDonnell be changed, and that

Richard F. Artura, Esq.
Phillips, Weiner, Artura & Cox
165 South Wellwood Avenue
Lindenhurst, NY 11757
Email: rartura@pwqlaw.com

, be substituted as attorney for Estate of Daniel McDonnell, Devon McDonnell and Danielle in this action in the place and instead of

James A. McDonaugh
Phillips, Weiner & Quinn
165 South Wellwood Avenue
Lindenhurst, NY 11757
Email: info@pwqlaw.com

Thank you.

Very truly yours,

Richard F. Artura

RFA/rb