LAW OFFICES OF
# CIVARDI & OBIOL, P.C.
FREEPORT LEGAL PLAZA
23 SOUTH MAIN STREET
SUITE 30
FREEPORT, NEW YORK 11520

STEPHEN CIVARDI
RICHARD C. OBIOL

Tel: 516-678-9797
516-378-9797
Fax: 516-678-2266

COUNSEL

ROBERT E. BAUMANN, JR.
MICHAEL A. ARBEIT
FRANK E. YANNELLI
JOHN P. GIANFORTUNE
WILLIAM F. CLAIR

October 31, 2013

UNITED STATES MAGISTRATE
GARY R. BROWN
100 Federal Plaza
Central Islip, NY 11722-9014
Courtroom 840

Re: *Estate of Daniel McDonnell v. County of Suffolk, et al.*
*Docket #: CV11-4221 (WFK)(GRB)*

Your Honor:

When we last appeared before you in the above captioned case, the County Attorney's Office promised to provide us with a copy of the Suffolk County Police Department Internal Affairs Report concerning this matter. I am advised by Mr. Mitchell that the report has issued and has been under review by the Police Commissioner.

In light of the passage of time since the last conference would the Court please order the County Attorney to provide us with a copy of the report.

Thank you for your attention to this matter.

Respectfully submitted,

Stephen Civardi (8376)
SC/at

cc. Brian Mitchell, Esq.
Suffolk County Attorney
100 Veterans Memorial Highway
Hauppauge, NY 11788-0099
Fax: 631-853-5169