| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: GARY R. BROWN<br>          U.S. MAGISTRATE JUDGE | DATE: 1/15/2014<br>TIME:  12:30 PM |

CASE:  **CV 11-4221 (WFK) (GRB)** McDonnell v. County of Suffolk

TYPE OF CONFERENCE: Telephone Status Conference

APPEARANCES:     Plaintiff     Stephen Civardi

                          Defendant    Brian Mitchell

**THE FOLLOWING RULINGS WERE MADE:**

As stated on the record, and on consent, it is hereby ORDERED that the County – and more specifically, the Suffolk County Police Department through the County Attorney – is directed to provide plaintiff's counsel with any documents, memoranda, reports or other factual materials obtained or maintained by Internal Affairs in connection with its investigation of this matter and in anticipation the issuance of an Internal Affair report. Said materials shall be reproduced and provided forthwith and shall not await the issuance of the Internal Affairs report.

                                                   SO ORDERED

                                                   /s/ Gary R. Brown
                                                 GARY R. BROWN
                                                 United States Magistrate Judge