McDonnell v. County of Suffolk

Internal Affairs Investigative file - Privilege Log

**Privileged Items contained within file - Sergeant Love initial investigation**

Draft version on IAB Case Report

Draft version on IAB Case Report

Hand written notes relating to investigative complaint

Internal Correspondence to Police Officer Peter Wuchte from Sergeant Christopher Love requesting that Officer Wuchte provide an Internal Correspondence regarding entries on the Prisoner Activity Log.

Above items are protected by the deliberative process privilege

**Non- Privileged Items contained within file - Sergeant Love initial investigation**

Profile printout Daniel McDonnell

Death Report

Interoffice correspondence to County Attorney from Sgt Brian Cassidy with copy of complaint

Copy Det. Leli Brief IRS history of Daniel McDonnell

Copy Det. Leli Death Investigation timeline

Det Michael Mahan Supplemental report

Incident Data Printout for event on January 26, 2011 between Daniel McDonnell and Vincent Spina

Color photos of prescription bottles

**Privileged Items contained within file – Inspector Calderelli investigation**

Sealed Letter addressed to Captain William Scrima

Internal memorandum Inspector Calderelli to Deputy Chief Kevin Fallon re: Captain Scrima

Internal memorandum Inspector Calderelli to Chief William Madigan re: Homicide Section

Internal memorandum Inspector Calderelli to Chief John Meehan re: Sgt. Papillo
Internal memorandum Inspector Calderelli to Chief John Meehan re: P.O. Cuneen

Internal Correspondence Inspector Calderelli to Captain Scrima re: IAB findings

Internal Correspondence Inspector Calderelli to P.O. Mascio re: IAB findings

Internal Correspondence Inspector Calderelli to Sgt. Papillo re: IAB findings

Internal Correspondence Inspector Calderelli to Sgt. Arnold re: IAB findings

Internal Correspondence Inspector Calderelli to P.O. McGlynn re: IAB findings

Internal Correspondence Inspector Calderelli to P.O. Quinones re: IAB findings

Internal Correspondence Inspector Calderelli to P.O. Mills re: IAB findings

Internal Correspondence Inspector Calderelli to P.O. Capria re: IAB findings

Internal Correspondence Inspector Calderelli to P.O. Jungen re: IAB findings

Internal Correspondence Inspector Calderelli to P.O. Young re: IAB findings

Internal Correspondence Inspector Calderelli to P.O. Flynn re: IAB findings

Internal Correspondence Inspector Calderelli to P.O. Bodenmiller re: IAB findings

Internal Correspondence Inspector Calderelli to P.O. Cuneen re: IAB findings

Internal Correspondence Inspector Calderelli to P.O. Wuchte re: IAB findings

Internal Correspondence Inspector Calderelli to P.O. Mulcahy re: IAB findings

Internal Correspondence Inspector Calderelli to P.O. McGlynn re: IAB findings

Internal Correspondence Inspector Calderelli to P.O. Hillgardner re: IAB findings

Internal Correspondence Inspector Calderelli to P.O. McGlynn re: IAB findings

Internal Correspondence Inspector Calderelli to P.O. Morris re: IAB findings

Letter from Inspector Calderelli to Assistant District Attorney Edward Heilig

Internal Correspondence Inspector Calderelli to Sgt. Goldberg – receipt for copy IAB report

Administrative Investigation printout IA No. 2011-0347i re IAB findings

Department Profile and Concise Officer History for each involved officer