# Mitchell, Brian

| | |
|---|---|
| **From:** | Mitchell, Brian |
| **Sent:** | Thursday, January 23, 2014 5:14 PM |
| **To:** | 'Stephen Civardi' |
| **Cc:** | 'Richard Obiol' |
| **Subject:** | McDonnel IAB attachments |
| **Attachments:** | Attachments List.pdf; Additional Attahcments List.pdf; Attachments.pdf; Additional Attahcments.pdf |

Steve,

Please see attached:

1) a list of attachments to the IAB report relating to the McDonnell case. .

2) a list of additional attachments to be added

I am also attaching the actual documents listed in #1 except for items that I am certain you already have. Those items that are not attached are

  1) Notice of Claim and Summons and Complaint

  4) SCPD Supplemental report for CC# 11-211241 – this is Detective Leli's supplemental report.

  5) Hearing transcript – this is the 50h transcript

  6) CAD and IRS for CC# 11-209715 – this is the printout of the 911 call and dispatch information for the May 5th arrest of your client.

  7) prisoner activity log - this is the log for your client

  16, 17 and 18) Rules and Procedures already provided

  19 through 37) Supplemental reports of involved officers – previously provided

As for the list of additional attachments – I have not provided the following as you already are in possession of these items:

  Final Report of NYS Commission

  Statement of Shane Allen

  Statement of Paul Pizzatolla

  Statement of EMT Daniel Foisset

  Photos of Daniel McDonnell and First Precinct cell block area

  SC ME determination of cause of death

Please be advised that in response to the inquiry by Suffolk County IA to the state commission (letter dated November 4, 2013) the State Commission provided the statements of Shane Allen, Paul Pizzitola, and EMT Foisset. The State did not provide any medical reports indicating Mr. McDonnell's death was the result of compression asphyxia as stated in Finding #1. Their letter dated December 31, 2013 was not clear on its face as to what they provided.

As we discussed via e-mail last night – if you still believe it necessary to provide you with copies of documents you already have, let me know and I'll arrange to have them made.

Thanks.

Brian

PRIVILEGED & CONFIDENTIAL

ATTORNEY-CLIENT COMMUNICATION/ATTORNEY WORK PRODUCT

INTER-OFFICE/INTRA-AGENCY COMMUNICATION

NOT SUBJECT TO FOIL DISCLOSURE/NOT FOR DISTRIBUTION

CONFIDENTIALITY NOTICE: This electronic mail transmission is intended only for the use of the individual or entity to which it is addressed and may contain confidential information belonging to the sender which is protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by e-mail and delete the original message.