INTERNAL AFFAIRS BUREAU CASE #11-347ic     Page 26
NOTICE OF CLAIM                              09/24/2013

| # | Item | Qty |
|---|---|---|
| 19. | Copy – SCPD Supplementary Report PO Mascio | 1 |
| 20. | Copy – SCPD Supplementary Report SGT Foley | 1 |
| 21. | Copy – SCPD Supplementary Report SGT Papillo | 1 |
| 22. | Copy – SCPD Supplementary Report SGT Bressingbam | 1 |
| 23. | Copy – SCPD Supplementary Report SGT Arnold | 1 |
| 24. | Copy – SCPD Supplementary Report LT Scrima | 1 |
| 25. | Copy – SCPD Supplementary Report PO McGlynn | 1 |
| 26. | Copy – SCPD Supplementary Report PO Quinones | 1 |
| 27. | Copy – SCPD Supplementary Report PO Mills | 1 |
| 28. | Copy – SCPD Supplementary Report PO Ahearn | 1 |
| 29. | Copy – SCPD Supplementary Report PO Capria | 1 |
| 30. | Copy – SCPD Supplementary Report PO Jungen | 1 |
| 31. | Copy – SCPD Supplementary Report PO Young | 1 |
| 32. | Copy – SCPD Supplementary Report PO Yasso | 1 |
| 33. | Copy – SCPD Supplementary Report PO Flynn | 1 |
| 34. | Copy – SCPD Supplementary Report PO Bodenmiller | 1 |
| 35. | Copy – SCPD Supplementary Report PO Mannino | 1 |
| 36. | Copy – SCPD Supplementary Report PO Maynes | 1 |
| 37. | Copy – SCPD Supplementary Report PO Cuneen | 1 |
| 38. | Copy – returned receipts from West Babylon ambulance crew | 3 |

## **ATTACHMENTS**                                                        **Pages**

| | |
|---|---|
| 1. Copy – Notice of Claim, Summons and Complaint, and routing memos | 29 |
| 2. Copy – SCPD Incident Report | 1 |
| 3. Copy – SCPD IRS Arrest | 1 |
| 4. Copy – SCPD Supplementary Report for CC# 11-211241 | 8 |
| 5. Copy – Hearing transcript McDonnell v. County of Suffolk 9/27/2011 | 70 |
| 6. Copy – CAD and IRS for CC# 11-209715 | 4 |
| 7. Copy – Prisoner Activity Log for CC# 11-209715 | 2 |
| 7A. Copy – Internal Correspondence of Police Officers Dawn Mulcahy 5547/110, James Hillgardner 3208/110, and Michael Berger 4986/110 | 3 |
| 8. Copy – IRS Arrest History | 1 |
| 9. Copy – IRS Call History | 1 |
| 10. Copy – CC# 07-185595 | 4 |
| 11. Copy – CC# 07-197362 | 4 |
| 12. Copy – CC# 08-145071 | 4 |
| 13. Copy – CC# 10-264208 | 5 |
| 14. Copy – CC# 11-18965 | 3 |
| 15. Copy – CC# 11-41938 | 3 |
| 16. Copy – R&P Ch. 2, §16 | 9 |
| 17. Copy – R&P Ch. 9, §6 | 10 |
| 18. Copy – R&P Ch. 16, §11 | 29 |