# ADDITIONAL ATTACHMENTS I.A. #11-347ic

- Final report of N.Y.S. Commission of Corrections re: Daniel McDonnell

- Statement of Vincent Spina, CC# 11-209715

- Order of Protection Vincent Spina, petitioner
  Daniel McDonnell, respondent

- Request to N.Y.S. Commission of Corrections for documents

- Response from N.Y.S. Commission of Corrections

- Statements Shane Allen

- Statements Paul Pizzatolia

- Statement of E.M.T. Daniel Foisset

- e-mail re: Suffolk County Police Academy Mental Health Training

- Photos of Daniel McDonnell and First Precinct cell block area

- Suffolk County M.E. determination of cause of Daniel McDonnell's death

  **NOTE:** This list may be modified upon review of the case.