## INCIDENT

| Report Date 1/26/2011 | Report Time 16:38 | Day WED | Date (Occurred On/From) 1/26/2011 | Time 16:28 | Day | Date (Occurred To) | Time |
|---|---|---|---|---|---|---|---|

Business name and type (if residence, so indicate)
RESIDENCE                                               Town Code 5250

Incident Address
212 N 7TH ST  LINDENHURST

| No. | LAW | NAME OF OFFENSE | DEG | ART/SECTION | SUB | CAT | ATT | CTS | TARGET (J) | WEAPON CODES (A) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PL | HARASSMENT 2ND | 2 | 240.26 | 03 | V | C | 1 | | 77 |

Person Type: C=Complainant V=Victim A=Arrestee S=Identified Suspect W=Witness N=Neighbor P=Person Interviewed O=Other

## ASSOCIATED PERSONS

| Per | Type | Name (Last,First,Middle) | D.O.B | Sex | Race | Home Tel# | Work Tel# | Cell Tel# |
|---|---|---|---|---|---|---|---|---|
| 1 | C | SPINA, VINCENT | 10/24/1964 | M | 01 | 6312262694 | | 9175600287 |

Address
212 N 7TH ST LINDENHURST NY                Offense        Offender    K    L    M    Q 02   R N

| Per | Type | Name (Last,First,Middle) | D.O.B | Sex | Race | Home Tel# | Work Tel# | Cell Tel# |
|---|---|---|---|---|---|---|---|---|
| 2 | S | MCDONNELL, DANIEL | 11/16/1970 | | | | | |

Address
206 N 7TH ST LINDENHURST NY               Offense        Offender    K    L    M    Q    R

| Neighborhood Canvass ☐ | Inv. Notified ☐ | Investigating Officer (Name, Shield) | Reporting Officer WHIDDEN, JOHN PO/5576/3B2 |
|---|---|---|---|
| | Inv. Responding ☐ | | |

## PROPERTY

# of Crime Guns Recovered 0          # of Crime Guns Sent to Crime Lab 0

| Per # | Quantity | Measure | Description (include make, model, serial no., etc.) | Property Type | Property Status | Drug Type | Measure Source | Value |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | Property Total | | |

## NARRATIVE

COMP STATES THAT HE WAS CONFRONTED OUTSIDE HIS RESIDENCE BY HIS NEIGHBOR (ABOVE S) WHO STATED TO THE COMP THAT HE WAS GOING TO KILL THE COMP AND THAT HIS FAMILY WOULD BE GOING TO HIS FUNERAL. THIS CAUSED THE COMP TO BE FEARFUL FOR HIS SAFETY AND THAT OF HIS FAMILY. UPON ARRIVAL, THE SUSPECT HAD RETURNED TO HIS HOME AND REFUSED TO ANSWER HIS DOOR TO SPEAK WITH UNDERSIGNED. COMP STATES THIS IS AN ONGOING PROBLEM AND WOULD LIKE TO HAVE SUSPECT ARRESTED. COPY TO PCS.

Did reporting officer provide the victim with information on Victim's Rights and Services pursuant to NYS Law?   ☐ Yes   ☒ No

## ADMINISTRATIVE

Evidence/Tech work performed

| Teletype No. | Connected CC #'s | | # of Affidavits Prepared 0 |
|---|---|---|---|

| Reclassification ☐ | Reclassified to: | Reclassified From: | IRS Updated ☐ | PDCS 1099-1 to follow ☐ | Confidential ☐ |
|---|---|---|---|---|---|

| ☐ ACTIVE | ☐ CLOSED (NON-CRIMINAL ONLY) | ☐ CLEARED BY ARREST | Exceptionally Cleared Code | Status Date 1/26/2011 | TOT |
|---|---|---|---|---|---|
| ☒ PENDING | ☐ EXCEPTIONALLY CLEARED | ☐ WARRANT ISSUED | | | |

*** End of Report ***

Att # ②

| CC # 2011-0041938 | Reporting / Investigating Officer WHIDDEN, JOHN PO/5576/3B2 | Supervisor KOUBEK, MICHAEL SGT/1001 | Pages 1 of 1 |
|---|---|---|---|

Printed by: LOVECHR   On: 9/5/2012 9:31:02 AM  PDCS-1099ev

Arrest Number: 015320-11    Agy: SPD   Date: 05/05/11    Time: 1341

PIN: 576244    Name: MCDONNELL,DANIEL    NYSID: 09850770N
Address: 206 N. 7TH ST, LINDENHURST, NY  11757
Phone: 6312261563   Cell: 5164490649

Race: W     Sex: M     DOB: 11/16/70

Arrest Location:
I/F/O 206 N. 7TH ST

Pct: 01   Sector: 115   Town: BA   Hamlet: LINDEN

Arrested By:
Officer: MASCIO,RICCARDO J          PO    5533  / 0130

How: S - Sight (Summary)          Reason: I - Information and Belie

### Arrest/Charge Data
------------------

CC Number: 11-0209715

001  PL    215.50    03    AM2    C    CRIM CONTEMPT-2ND:DISOBEY CRT

THE DEFENDANT, AT I/F/O 212    N. 7TH ST., LINDENHURST, IN THE TOWN OF
BABYLON, SUFFOLK COUNTY, NEW YORK, ON OR ABOUT MAY 5, 2011, AT APPROXIMATELY
12:30 P.M., ENGAGED IN INTENTIONAL DISOBEDIENCE OR RESISTANCE TO THE LAWFUL
PROCESS OR OTHER MANDATE OF A COURT; IN THAT, THE DEFENDANT DID INTENTIONALLY
VIOLATE A DISTRICT COURT ORDER OF PROTECTION DOCKET NUMBER 0392111 ISSUED
1/28/11 BY JUDGE KELLEY. THE DEFENDANT DID ACCELERATE HIS 1991 FORD VAN NY
REG EXM 8124, AND SWERVED AT VINCENT SPINA 10/12/64 CAUSING HIM TO BE
ANNOYED, ALARMED
AND FEELING INTIMIDATED. THIS ACTION DID VIOLATE PROVISIONS OF SAID OREDER IN
WHICH DANIEL MCDONNELL WAS TO REFRAIN FROM HARASSMENT, AND INTIMIDATION. THE
DEFENDANT WAS PERSONALLY SERVED BY THE SUFFOLK COUNTY SHERIFF'S DEPT ON
1/28/11.



# POLICE DEPARTMENT COUNTY OF SUFFOLK, NEW YORK
### INTERNAL CORRESPONDENCE

TO: Christopher A. Love Sgt. 1086/1500
Internal Affairs

DATE: March 31, 2013

FROM: Dawn Mulcahy PO 5547/110/5

COPY TO: As Needed

SUBJECT: **INTERNAL AFFAIRS BUREAU CASE #2011-347i**

This statement is being submitted for administrative purposes only and because I have been ordered to do so by Sgt. Love and to refuse to do so would result in disciplinary action against me. I decline to waive any constitutional rights against self-incrimination and this document may not be used against me in any criminal proceeding.

On May 6, 2011, the undersigned officer was working a 9-7 tour on the desk. When I started my shift, I physically observed McDonnell, Daniel 11/16/70 lying down on the bench of cell M-2. During the course of my tour, I made numerous physical checks of Mr. McDonnell which are all documented on Mr. McDonnell's activity log. During my tour, I had also viewed Mr. McDonnell on the desk monitor. I only observed normal behavior exhibited by Mr. McDonnell, him lying down or sitting in his cell during each and every physical check as well as when viewing him on the desk monitor. There was no indication of any problems whatsoever with Mr. McDonnell during the 9-7 tour. At 0625hrs, I observed on the desk monitor, PO Morris 5779 give a meal to Mr. McDonnell who was standing and from what I recall remained standing through my last check at 0640hrs. Mr. McDonnell again exhibited normal behavior at both of these times.

Respectfully Submitted,

Dawn Mulcahy PO 5547/110/5

Dawn Mulcahy PO 5547/110/5



PDCS-2042

TO: Inspector Gerard Gigante
      Commanding Officer 1st Precinct

DATE: April 1, 2013

FROM: P.O. James Hillgardner 3208/110/5

COPY TO: Sgt.Christopher Love
             Command 1500
             Internal Affairs

SUBJECT: **Internal Affairs Bureau Case #2011-347i**

    This statement is being submitted for administrative purposes only and because I have been ordered to do so by Sgt. Christopher Love and to refuse to do so would result in disciplinary action against me. I expressly decline to waive any constitutional rights against self-incrimination and this document may not be admissible against me in any criminal proceeding.

    On May 6, 2011 the undersigned Police Officer was working a 2100-0700 tour of duty assigned as a desk officer. My duties included making prisoner observations and noting same on PDCS2032f Prisoner Activity Log. While I have no clear independent recollection of the specified prisoner Mr. McDonnell, I made several notations on his prisoner activity log that I observed Mr. McDonnell lying down. These observations were made by looking at video monitors installed at the 1st Precinct desk and by the undersigned physically checking the cell area and nothing unusual was noted.

Respectfully submitted,

James Hillgardner P.O. 3208/110/5

*Forward to IAB Sgt Love*

PDCS-2042

TO: Sgt. Christopher A. Love 1086/1500
Commanding Officer, 1st Precinct

DATE: March 29, 2013

FROM: P.O. Michael Berger 4986/110

COPY TO: AS NEEDED

SUBJECT: **Internal Affairs Bureau Case #2011-347i**

This statement is being submitted for administrative purposes only and because I have been ordered to do so by Sgt. Love and to refuse to do so would result in disciplinary action against me. I expressly decline to waive any constitutional rights against self-incrimination and this document may not be used against me in any criminal proceeding.

On 05/05/11 at 1800 hours I physically observed Daniel McDonnell in cell M-2 of the 1st precinct cell block area during the process of ordering meals for the prisoners and at the time of this observation he appeared normal. On 05/05/11 at 1825 hours I again physically observed Daniel McDonnell in cell M-2 of the 1st precinct cell block area when I distributed the prisoners food and he again appeared normal.

During the course of my tour I glanced frequently at the cell monitors and Mr. McDonnell appeared normal at all times.

Respectfully Submitted,

Michael Berger P.O. 4986/110/3

PDCS-2042

DATE: 09/05/12

INDIVIDUAL ARREST REPORT                                         PAGE   1
=================================================================================
NAME: MCDONNELL, DANIEL                    PIN: 576244 DOB: 11/16/1970  RACE: White

ARREST: 015320-11   DATE: 20110505   TIME: 1341      CC: 11-0209715/SPD
  PCT: 01  SECTOR: 115  TOWN: BA  HAMLET: LINDEN   OFFICER PID: 34389

| CNT | CHARGE | CLA | CAT | DEG | A/C | DESCRIPTION | FAM |
|-----|--------|-----|-----|-----|-----|-------------|-----|
| 001 | PL 215.50  03 | A | M | 2 | C | CRIM CONTEMPT-2ND:DISOBEY CRT | N |

DISPOSITION DATA - NONE

=================================================================================
ARREST: 003127-11   DATE: 20110130   TIME: 1000      CC: 11-0018965/SPD
  PCT: 01  SECTOR: 111  TOWN: BA  HAMLET: WBABYL   OFFICER PID: 33810

| CNT | CHARGE | CLA | CAT | DEG | A/C | DESCRIPTION | FAM |
|-----|--------|-----|-----|-----|-----|-------------|-----|
| 001 | PL 120.15 | B | M | 3 | C | MENACING-3RD | N |
| 002 | PL 120.20 | A | M | 2 | C | RECKLESS ENDANGERMENT-2ND | N |

DISPOSITION DATA - NONE

=================================================================================
ARREST: 013478-07   DATE: 20061017   TIME:           CC: 07-0904757/SPD
  PCT:     SECTOR:     TOWN: BA  HAMLET:            OFFICER PID:

| CNT | CHARGE | CLA | CAT | DEG | A/C | DESCRIPTION | FAM |
|-----|--------|-----|-----|-----|-----|-------------|-----|
| 001 | VTL 0306 | B | 0 | I | 0 | C | NO INSP CERT |
| 002 | VTL 0509 | 01 | 0 | I | 0 | C | UNLIC DRIVER |
| 003 | VTL 0319 | 01 | 0 | I | 0 | C | OPR NO FIN PRF |
| 004 | VTL 1211 | 0A | 0 | I | 0 | C | UNSAFE BACKING OF VE |
| 005 | VTL 0511 | 01A | U | M | 3 | C | AGG UNLIC OPER 3RD |

DISPOSITION DATA - NONE

=================================================================================



```
.Name Search Result -     .8 Found
*                .          .P.           .         .Report .
*Last Name       .First Name .T.DOB       .CC Number.Date   .Description           .
*================.==========.=.========.==========.========.=============================.
 MCDONNELL       DANIEL      C 19701116 03-480538 08/19/03 MVA INJURY
 MCDONNELL       DANIEL      S 19701116 04-203822 04/19/04 LV SCN ACCDNT
 MCDONNELL       DANIEL      O 19701116 07-185595 04/11/07 DOMESTIC
 MCDONNELL       DANIEL      O 19701116 07-197362 04/17/07 DOMESTIC
 MCDONNELL       DANIEL,G    C 19701116 08-145071 03/21/08 AIDED CASE
 MCDONNELL       DANIEL      C 19701116 08-555273 10/02/08 DISTURBANCE
 MCDONNELL       DANIEL      C 19701116 09-202836 04/29/09 DISTURBANCE
 MCDONNELL       DANIEL      C 19701116 09-594105 11/10/09 POLICE INFO
 MCDONNELL       DANIEL      C 19701116 10-025991 01/16/10 MVA
 MCDONNELL       DANIEL      C 19701116 10-025991 01/16/10 MVA
 MCDONNELL       DANIEL      C 19701116 10-264208 05/27/10 DOMESTIC
 MCDONNELL       DANIEL      C 19701116 10-354830 07/08/10 CIVIL DISPUTE
 MCDONNELL       DANIEL      N 19701116 10-626880 11/25/10 DISTURBANCE
 MCDONNELL       DANIEL      S 19701116 11-041938 01/26/11 HARASSMENT 2
 MCDONNELL       DANIEL      S 19701116 11-043620 01/26/11 EXPOSURE PERSON
 MCDONNELL       DANIEL      A 19701116 11-209715 05/05/11 CRIM CONTEMPT 2
 MCDONNELL       DANIEL      C 19701116 11-211241 05/06/11 DEATH INVESTIGA
 MCDONNELL       DANIEL      C 19701116 11-215407 05/06/11 EMERG INCIDENT RPT
```

All # 9

Phone: (516)4490649  Nature: 10-85  Priority: 1  CC: 2007-0185595

Location: 206 7TH ST     LINDEN  BA     Sector: 115

Cross Street: W JOHN / HARRINGTON AV

Complainant: DANIEL MCDONALD

Complainant Addr: 206 N 7TH ST  LINDEN BA

Interview Requested: Y

Remarks: HUSB HIGH ON DRUGS


Date Received: 04/11/07   ECO Pos/ID: 14/802   Unit(s): 118 119 120 120
Time Received: 18:59      Disp ID:    501
Time To Disp:  18:59      Shield:     3942
Time Dispatch: 19:00      Final Disp:
Time Unit Arr: 19:05      CR Field Match: D
Time Closed:   19:52

----------------------- Unit Times -----------------------------

 118  04/11/07 19:01 EN
 118  04/11/07 19:05 36 10-36 VIA MDC BUTTON
 118  04/11/07 19:07 36
 118  04/11/07 19:07 CO By 01/0501: CONTROLLED SITUATION
 118  04/11/07 19:52 38
 120  04/11/07 19:01 EN
 120  04/11/07 19:11 36 10-36 VIA MDC BUTTON
 120  04/11/07 19:15 27 FORCED TO ANOTHER CALL
 120  04/11/07 19:15 EN
 120  04/11/07 19:25 27 FORCED TO ANOTHER CALL
      08/04/07 16:32 MP By 91/1360: Changed from: _ To: D
 119  04/11/07 19:00 EN
 119  04/11/07 19:41 27 FORCED TO ANOTHER CALL



-------------------------- ---- Incident Data -------- ------------------- _ ------

CC: 07-185595   Pct:01 Sector: 115   Car: 118   Domestic: Y  Command: 0110

Report Date: 04/11/07          Occurred From: 04/11/07 - 1645
        Time: 1952                        To:      -

Business Name:                                 Town Code: 5250
        Address: 206 N 7TH ST   LINDEN   Zip:

        Offense        Cat         Deg    Description        Att
                                          DOMESTIC

        Remarks: VERBAL W/ HUSB   DANIEL 111670

-------------------------- Persons Involved -------------------------- _ ------

Typ Name                  DOB  Sex Race    Ethnicity     Relation to Off
 C  MCDONNELL,DANIELLE   19721229 F  White  Non-Hispanic  Spouse
    206 N 7TH ST LINDENHURST NY [H]:2261563      [W]:5169184618

            Type of Injury: None
            Level of Injury:
            Medical Treatment:

 O  MCDONNELL,DANIEL     19701116 M  White  Non-Hispanic  Spouse
    206 N 7TH ST LINDEN NY [H]:2261563    [W]:9911564cell

            Type of Injury:
            Level of Injury:
            Medical Treatment:


-------------------------- Suspects/Arrestees -------------------------- _ ------

Typ Name                  DOB  Sex Race    Ethnicity     Age  Hgt  Wgt

-------------------------- Vehicle(s) --------------------------

Year Make        Model         VIN            Color     Plate    St

-------------------------- Property --------------------------

Per  Sta  Quantity  Description             Typ  Value

-------------------------- Narrative --------------------------

-------------------------- Administrative -------------------------- _ ------

  Case Status: Closed Non Crimina  Date: 20070411
     Teletype:                     TOT:
_____

Evidence/Tech Work Done:

                Weapon (A):
              Location (B):
    Larceny/Theft Category (C):
         Bias Crime Type (D):
  Is Victim also Complainant (E):

```
Is Offense Gang _ lated (F):
Is Offense Computer Rel (G):
              Drug Type (H):
Assault/Homicide Circum (I):
Burglary Point of Entry (T):
Burglary Method of Entry (U):
             Cancel Teletype:
        Cancel Teletype Date:


                  Domestic: Y
       Order or Protection: N
Violate Order of Protection: N
             Issuing Court:
               Arrest Made: N
          Non-Arrest Reason: No Offense
             Resist Arrest: N
             Guns in House: N
        Victim Contrib Fact: None
       Suspect Contrib Fact: Drugs
Vulnerable Adult Abuse Case:

     Officer: PO    SHEEHAN        THOMAS J    3942
Investigator:
  Supervisor:

----------------------------- Tour Report Entries -------------------------------
```

Att # 10-3

| Agency | ORI | | SPRINT No. (NYPD) | Incident Report No. | Pct. of Report |
|---|---|---|---|---|---|
| SCPD | NY 05131 | | 31 | 07-125575 | 1 |

| Date of Report | Time of Report | Date of Occur. | Time of Occur. | Address of Occurrence | Apt. No. | Sector | Beat |
|---|---|---|---|---|---|---|---|
| 4/11/07 | T915 | 4/11/07 | 1615 | 206 N. 7th St. Lindenhurst | | 115 | 118 |

**Compl./Victim's Last Name, First, M.I.** McDonnell, Danielle
**Address** 206 N. 7th St. Lindenhurst
**Sex** F

| Date of Birth | Age | Home Phone 226-1543 | Race ☒ White ☐ Black ☐ Other / ☐ Indian ☐ Asian ☐ Unk | Ethnic Origin ☐ Hispanic ☒ Non-Hispanic ☐ Unknown |
|---|---|---|---|---|
| 12/29/72 | 34 | Work Phone 978-9618 | | |

**Suspect/Other Party Last Name, First, M.I.** McDonnell, Daniel
**Address** 206 N. 7th St. Lindenhurst
**Sex** M

| Date of Birth | Age | Home Phone 226-1543 | Race ☒ White ☐ Black ☐ Other / ☐ Indian ☐ Asian ☐ Unk | Ethnic Origin ☐ Hispanic ☒ Non-Hispanic ☐ Unknown |
|---|---|---|---|---|
| 1/16/70 | 36 | Work Phone 631-792-1564 | | |

| Suspect Relationship to the Complainant/Victim | Suspect Present? | Offense/Incident Involved: | Description (Offenses) |
|---|---|---|---|
| Husband/Wife | ☒ YES ☐ NO | ☐ Fel ☐ Misd ☐ Viol ☒ Other | POLICE INFORMATION |

| Order of Protection? | Violated? | Issuing Court | OP Registry Checked | Expir. Date | Complaint Report Prepared? | Compl. No. | Report Received |
|---|---|---|---|---|---|---|---|
| ☐ YES ☒ NO | ☐ YES ☒ NO | N/A | ☐ YES ☒ NO | — — — | ☐ YES ☒ NO | | ☐ Walk-in ☐ Radio Run |

| Suspect Used/Threatened Weapons? Type: | Victim Injured? | Describe (use code) | Aided No. | Removed to Hospital? | What Hospital? |
|---|---|---|---|---|---|
| ☐ YES ☒ NO | ☐ YES ☒ NO | N | | ☐ YES ☒ NO | |

| Photos Taken? | Arrest Made? | Non Arrest Reason | | | If Arrest Made, Did Perp. Resist? |
|---|---|---|---|---|---|
| ☐ YES ☒ NO | ☐ YES ☒ NO | ☒ No Offense Committed ☐ Not at Scene ☐ Warrant Requested ☐ Other | | | ☐ YES ☒ NO |

| Charge(s) (List All) None | Arrest No. PIN No. |
|---|---|

| Family/Household Members Present? | List Children/Household Members Present or Not | Date of Birth | Relationship |
|---|---|---|---|
| ☒ YES ☐ NO | McDonnell, Devon (P) | 1/19/02 | Son |

| Domestic Incident Report Receipt Issued? If NO, Reason: | DV Notice Issued to Victim | Date |
|---|---|---|
| ☒ YES ☐ NO | ☒ YES ☐ NO | 4/11/07 |

**Suspect's Actions:** ☐ Biting ☐ Choking ☐ Destroying Property ☐ Forcible Restraint ☐ Grabbing ☐ Hair Pulling ☐ Homicide ☐ Injury to Child ☐ Kicking ☐ Pulling Phones From Wall ☐ Punching ☐ Pushing ☐ Pushing/Slamming Into Walls ☐ Sexual Abuse ☐ Slapping ☐ Threats With Weapon(s) ☐ Throwing Items ☐ Using Weapon(s) ☐ Verbal Abuse ☒ Other STRANGE BEHAVIOR

**Narrative of the Incident:** (include results of investigation and basis for action taken)

Comp. reports husband is displaying strange behavior. I.E. disconnecting wires to computer and TV. Comp. suspects he has a cocaine problem. Subject not a danger to himself or others at this time. Comp. was referred to family court in Central Islip.

| Contributing Factors (Victim) | ☐ Drugs ☐ Other ☒ None ☐ Alcohol ☐ Psychiatric | Contributing Factors (Offender) | ☒ Drugs ☐ Other ☐ None ☐ Alcohol ☐ Psychiatric | Status: ☐ Pending ☐ Cleared by Arrest ☐ Active ☒ Closed - Non Criminal Only ☐ Exceptionally Cleared |
|---|---|---|---|---|

**Victim's Statement of Allegations:**

S/A/A

| False Statements made herein are punishable as a Class A Misdemeanor, pursuant to Section 210.45 of the Penal Law. | Victim's Signature _Danielle McDonnell_ | Date 4/11/07 |
|---|---|---|

**Other involved Agency(s)**

Faxed to: ☒ DV Unit ☐ Pistol ☐ IAB

| Is There Reasonable Cause to Suspect A Child May Be The Victim of Abuse, Neglect or Maltreatment? ☐ YES ☒ NO | Any Guns In The House? ☐ YES ☒ NO | Any Guns Seized? ☐ YES ☒ NO |
|---|---|---|
| | Household Member Have a Pistol Permit? ☐ Yes ☒ No | Permit Seized? ☐ YES ☒ NO |
| If Yes, Reporting Officer Must Contact the NYS Child Abuse Hotline Registry # 1-800-635-1522 | Permit No. _____ Name | Issuing County |

| REFERRALS: ☐ Child Protective Services ☐ Licensing Bureau ☐ Adult Protective Services ☐ Domestic Violence Services ☐ Other Outside Agency | Name of Person Notified: | |
|---|---|---|
| | Date: Time: | Notified By: |

Att # 10.4

| Reporting Officer's Signature (Include Rank) _____ PO394/1/1058 | Officer's I.D. No. A610554 | Date 4/11/07 | Page 1 of |
|---|---|---|---|
| Supervisor's Signature (Include Rank) _____ Sgt 66/1182 | Date 4/11/07 _____ | | Pages |

53-0157, 6/98

Phone: (631)2261563  Nature: 10-85  Priority: 1  CC: 2007-0197362

Location: 206 7TH ST     LINDEN  BA    Sector: 115

Cross Street: W JOHN ST / HARRINGTON AV

Complainant: & MRS MCDONNELL

Complainant Addr: 206 N 7 LINDEN

Interview Requested: Y

Remarks: POSS 10-85-HUSB TEARING UP HOUSE-HUSB IS BI-POLAR

        COMPL-BILL-MENTAL HEALTH CLINIC-631-761-2929

Date Received: 04/17/07   ECO Pos/ID: 33/838  Unit(s): 115 118 118 117
Time Received: 23:19      Disp ID:    851
Time To Disp:  23:19      Shield:     5839
Time Dispatch: 23:19      Final Disp: DO
Time Unit Arr: 23:24      CR Field Match: D
Time Closed:   00:53

----------------------- Unit Times -----------------------

118  04/17/07 23:20 EN
118  04/17/07 23:24 36
118  04/18/07 00:20 38
118  04/18/07 00:29 EN
118  04/18/07 00:29 FF GOODSAM                                    LU
118  04/18/07 00:53 27
     08/09/07 17:24 MP By 82/2009: Changed from: _ To: D
117  04/17/07 23:20 EN
117  04/17/07 23:24 36 10-36 VIA MDC BUTTON
117  04/17/07 23:24 36
117  04/18/07 00:20 38
115  04/17/07 23:19 EN
115  04/17/07 23:24 36
115  04/17/07 23:24 36 10-36 VIA MDC BUTTON
115  04/17/07 23:25 CO By 01/0851: CONTROLLED SITUATION
115  04/17/07 23:37 RN M-INCOHERENT
115  04/18/07 00:20 38
115  04/18/07 00:28 RE REACTIVATED
115  04/18/07 00:28 FF GOODSAM                                    LU
115  04/18/07 00:35 36 10-36 VIA MDC BUTTON
115  04/18/07 00:35 36 10-36 VIA MDC BUTTON
115  04/18/07 00:53 27



```
------------------------ ---- Incident Data -------- ----------------- - _____

CC: 07-197362  Pct:01 Sector: 115  Car: 115  Domestic: Y  Command: 0100

Report Date: 04/17/07        Occurred From: 04/17/07 - 2310
      Time: 0053                       To:        -

Business Name:                               Town Code: 5250
      Address: 206 N 7TH ST  LINDEN  Zip:

    Offense         Cat         Deg     Description        Att
                                        DOMESTIC

    Remarks: POSS 10-85-HUSB TEARING UP HOUSE-HUSB IS BI-POLAR

--------------------------- Persons Involved --------------------------- - _____

Typ Name                    DOB  Sex Race    Ethnicity     Relation to Off
 O  MCDONNELL,DANIEL     19701116 M  White   Non-Hispanic  Spouse
    206 N 7TH ST LINDENHURST NY  [H]:226-1563    [W]:

            Type of Injury:
            Level of Injury:
          Medical Treatment:

 C  MCDONNELL,DANIELLE   19721229 F  White   Non-Hispanic  Spouse
    206 N 7TH ST LINDENHURST NY  [H]:226-1563    [W]:516-918-9618

            Type of Injury: None
            Level of Injury:
          Medical Treatment:


--------------------------- Suspects/Arrestees --------------------------- - _____

Typ Name                    DOB  Sex Race    Ethnicity    Age Hgt Wgt
--------------------------- Vehicle(s) --------------------------- - _____

Year Make          Model         VIN           Color    Plate  St
--------------------------- Property --------------------------- - _____

Per Sta Quantity Description                   Typ  Value
--------------------------- Narrative --------------------------- - _____

--------------------------- Administrative --------------------------- - _____

  Case Status: Closed Non Crimina  Date: 20070417
      Teletype:                    TOT:

Evidence/Tech Work Done:

                    Weapon (A):
                  Location (B):
        Larceny/Theft Category (C):
              Bias Crime Type (D):
      Is Victim also Complainant (E):
```

Att # (1-2)

```
           Is Offense Gang Related (F):
           Is Offense Computer Rel (G):
                    Drug Type (H):
           Assault/Homicide Circum (I):
           Burglary Point of Entry (T):
           Burglary Method of Entry (U):
                    Cancel Teletype:
                Cancel Teletype Date:


                         Domestic: Y
                Order or Protection: N
         Violate Order of Protection: N
                    Issuing Court:
                      Arrest Made: N
               Non-Arrest Reason: No Offense
                     Resist Arrest: N
                    Guns in House: N
               Victim Contrib Fact: None
              Suspect Contrib Fact: None
         Vulnerable Adult Abuse Case:


        Officer: PO    BREUER           RONALD E    5839
      Investigator:
       Supervisor:

----------------------------- Tour Report Entries -------------------------
```



New York State
**DOMESTIC INCIDENT REPORT**
**(PRINT UPPER CASE)**

| Agency | ORI | SPRINT No. (NYPD) | Incident Report No. | Pct. of Report |
|---|---|---|---|---|
| SCPD | NY 05 51 | 231 | 07-18736.2 | 1 |

| Date of Report | Time of Report | Date of Occur | Time of Occur | Address of Occurrence | Apt. No. | Sector | Beat |
|---|---|---|---|---|---|---|---|
| 04.17.07 | 3¼ 0230 | 04.17.07 | 2310 | 206 N. 7th St., Lindenhurst | | 115 | 15 |

**Compl./Victim's Last Name, First, M.I.**
McDonnell, Danielle   Address: 206 N. 7th St. Lindenhurst   Sex: F

| Date of Birth | Age | Home Phone | Work Phone | Race | Ethnic Origin |
|---|---|---|---|---|---|
| 12.29.72 | 34 | 226-1563 | 516 918-9618 | ☒White ☐Black ☐Other ☐Indian ☐Asian ☐Unk | ☐Hispanic ☒Non-Hispanic ☐Unknown |

**Suspect/Other Party Last Name, First, M.I.**
McDonnell, Daniel   Address: 206 N. 7th St. Lindenhurst   Sex: M

| Date of Birth | Age | Home Phone | Work Phone | Race | Ethnic Origin |
|---|---|---|---|---|---|
| 11.16.70 | 36 | 226-1563 | — | ☒White ☐Black ☐Other ☐Indian ☐Asian ☐Unk | ☐Hispanic ☒Non-Hispanic ☐Unknown |

| Suspect Relationship to the Complainant/Victim | Suspect Present? | Offense/Incident Involved: | Description (Offenses) |
|---|---|---|---|
| Husband | ☒YES ☐NO | ☐Fel ☐Misd ☐Viol ☒Other | Verbal Dispute |

| Order of Protection? | Violated? | Issuing Court | OP Registry Checked | Expir. Date | Complaint Report Prepared? | Compl. No. | Report Received |
|---|---|---|---|---|---|---|---|
| ☐YES ☒NO | ☐YES ☐NO | | ☒YES ☐NO | | ☐YES ☒NO | | ☐Walk-in ☐Radio Run |

| Suspect Used/Threatened Weapons? | Type: | Victim Injured? | Describe (use code) | Aided No. | Removed to Hospital? | What Hospital? |
|---|---|---|---|---|---|---|
| ☐YES ☒NO | | ☐YES ☒NO | | | ☒YES ☐NO | Good Sam. |

| Photos Taken? | Arrest Made? | Non Arrest Reason | If Arrest Made, Did Perp. Resist? |
|---|---|---|---|
| ☐YES ☒NO | ☐YES ☒NO | ☒No Offense Committed ☐Not at Scene ☐Warrant Requested ☐Other | ☐YES ☒NO |

| Charge(s) (List All) | Arrest No. PIN No. |
|---|---|
| | |

| Family/Household Members Present? | List Children/Household Members Present or Not | Date of Birth | Relationship |
|---|---|---|---|
| ☒YES ☐NO | McDonnell, Devon (P) | 02.14.02 | Son |

| Domestic Incident Report Receipt Issued? If NO, Reason: | DV Notice Issued to Victim | Date |
|---|---|---|
| ☒YES ☐NO | ☒YES ☐NO | 04.17.07 |

**Suspect's Actions:** ☐Biting ☐Choking ☐Destroying Property ☐Forcible Restraint ☐Grabbing ☐Hair Pulling ☐Homicide ☐Injury to Child ☐Kicking ☐Pulling Phones From Wall ☐Punching ☐Pushing ☐Pushing/Slamming Into Walls ☐Sexual Abuse ☐Slapping ☐Threats With Weapon(s) ☒Throwing Items ☐Using Weapon(s) ☒Verbal Abuse ☐Other

**Narrative of the Incident: (include results of investigation and basis for action taken)**

Comp. reports subj. began to throw all of the clothes from their closet onto the floor and was rambling in an incoherent manner. Comp. suspects subj. has a drug problem, and subj. was sweating profusely and incoherent upon police arrival. Subj. was transported to Good Sam. via Lindenhurst FD for medical treatment.

| Contributing Factors (Victim): | ☐Drugs ☐Other ☒None ☐Alcohol ☐Psychiatric | Contributing Factors (Offender): | ☒Drugs ☐Other ☐None ☐Alcohol ☐Psychiatric | Status: | ☒Pending ☐Cleared by Arrest ☐Active ☐Closed - Non Criminal Only ☐Exceptionally Cleared |
|---|---|---|---|---|---|

**Victim's Statement of Allegations:**

False Statements made herein are punishable as a Class A Misdemeanor, pursuant to Section 210.45 of the Penal Law.
Victim's Signature: X Danielle McDonnell   Date: 04.17.07

| Other notifying Agency(s) | | Faxed to: ☒DV Unit ☐Pistol ☐IAB |
|---|---|---|

| Is There Reasonable Cause to Suspect A Child May Be The Victim of Abuse, Neglect or Maltreatment? ☐YES ☒NO | Any Guns In The House? ☐YES ☒NO | Any Guns Seized? ☐YES ☒NO |
|---|---|---|
| If Yes, Reporting Officer Must Contact the NYS Child Abuse Hotline Registry # 1-800-635-1522 | Household Member Have a Pistol Permit? ☐Yes ☒No Permit Seized? ☐YES ☒NO   Permit No. _____   Issuing County _____ | |

| REFERRALS: ☐Child Protective Services ☐Licensing Bureau ☐Adult Protective Services ☐Domestic Violence Services ☐Other Outside Agency | Name of Person Notified: | | |
|---|---|---|---|
| | Date: | Time: | Notified By: |

| Reporting Officer's Signature (include Rank) | Officer I.D. No. | Date | Page |
|---|---|---|---|
| KB P05839/11015 | 976913 | 04.17.07 | 1 of __ Pages |
| Supervisor's Signature (include Rank) | | Date | |
| Sgt. [signature] | | 4.18.07 | |

53-0157. 6/98

Phone: (631)2261563  Nature: 10-85  Priority: 1  CC: 2008-0145071

Location: 206 7TH ST    LINDEN BA    Sector: 115

Cross Street: W JOHN ST / HARRINGTON AV

Complainant: BRIGITTE MCDONNELL

Complainant Addr: 206 N 7 LINDEN

Interview Requested: Y

Remarks: VIOL 37 Y/O SON ON DRUGS/POSS COCAINE


Date Received: 03/21/08    ECO Pos/ID: 21/834  Unit(s): 108 113 115 137 106 110
Time Received: 18:21       Disp ID:    403
Time To Disp:  18:22       Shield:     4986
Time Dispatch: 18:23       Final Disp:
Time Unit Arr: 18:27       CR Field Match: F
Time Closed:   19:54

----------------------- Unit Times ----------------------------

  120  03/21/08 18:30 EN
  120  03/21/08 18:33 36
  120  03/21/08 18:34 CO By 01/0403: CONTROLLED SITUATION
  120  03/21/08 18:34 CO By 01/0403: CONTROLLED SITUATION
  120  03/21/08 19:04 27 FORCED TO ANOTHER CALL
  113  03/21/08 19:04 EN
  113  03/21/08 19:05 27 FORCED TO ANOTHER CALL
  121  03/21/08 18:30 EN
  121  03/21/08 18:36 36 10-36 VIA MDC BUTTON
  121  03/21/08 18:55 27
  119  03/21/08 18:23 EN
  119  03/21/08 18:27 36
  119  03/21/08 19:09 36 10-36 VIA MDC BUTTON
  119  03/21/08 19:15 27
  138  03/21/08 18:30 EN
  138  03/21/08 18:34 36
  138  03/21/08 18:40 FF RESCUE FOR 138 VIA LANDLINE
  138  03/21/08 19:06 FF RESP GOOD SAM                              LU
  138  03/21/08 19:54 27
  106  03/21/08 18:30 EN
  106  03/21/08 18:38 RN RESCUE NOTIFIED
  106  03/21/08 19:54 27
  115  03/21/08 18:23 EN
  115  03/21/08 18:27 36 10-36 VIA MDC BUTTON
  115  03/21/08 18:59 FF GOOD SAM                                   LU
  115  03/21/08 19:53 38
  137  03/21/08 18:30 EN
  137  03/21/08 18:34 36
  137  03/21/08 19:05 27
  117  03/21/08 18:30 EN
  117  03/21/08 18:32 36 EDP IN THE BATHROOM
  117  03/21/08 19:05 27
  128  03/21/08 18:31 EN

```
128   03/21/08  18:33  36
128   03/21/08  19:17  27
118   03/21/08  18:23  EN
118   03/21/08  18:27  36 10-36 VIA MDC BUTTON
118   03/21/08  18:27  36
118   03/21/08  18:59  FF FOLLOWING RIG                              LU
118   03/21/08  19:54  27
      07/26/08  08:00  MP By 85/9999: Changed from: _ To: F
108   03/21/08  18:30  EN
108   03/21/08  18:35  27 FORCED TO ANOTHER CALL
102   03/21/08  18:36  EN
102   03/21/08  18:36  36
102   03/21/08  19:23  27
110   03/21/08  18:30  EN
110   03/21/08  18:59  FF GOOD SAM                                   LU
110   03/21/08  19:48  27
```

------------------------- ---- Incident Data --------- ---------------- _ _____

CC: 08-145071  Pct:01 Sector: 115  Car: 115  Domestic:    Command: 0100

Report Date: 03/21/08          Occurred From: 03/21/08 - 1820
         Time: 1954                   To:        -

Business Name:                              Town Code: 5250
       Address: 206 N 7TH ST    LINDEN    Zip:

       Offense          Cat          Deg      Description          Att
                                              AIDED CASE

       Remarks: VIOL 37 Y/O SON ON DRUGS/POSS COCAINE

------------------------- -------- Persons Involved ----------------------_ _____

Typ Name                      DOB  Sex Race     Ethnicity      Relation to Off
 C  MCDONNELL,DANIEL,G    19701116 M
    206 N 7TH ST LINDENHURST NY  [H]:226-1563     [W]:

            Type of Injury:
           Level of Injury:
        Medical Treatment:


------------------------- -------- Suspects/Arrestees ----------------------_ _____

Typ Name                      DOB   Sex Race     Ethnicity     Age Hgt Wgt

------------------------- -------- Vehicle(s) ----------------------_ _____

Year Make          Model          VIN              Color    Plate   St

------------------------- -------- Property ----------------------_ _____

Per  Sta  Quantity  Description                     Typ  Value

------------------------- -------- Narrative ----------------------_ _____

COMP TRANSPORTED TO GOOD SAM HOSPITAL VIA LINDENHURST RESCUE WITH PD
ASSISTANCE

------------------------- -------- Administrative ----------------------_ _____

   Case Status:                Date:
      Teletype:                TOT:

Evidence/Tech Work Done:

                       Weapon (A):
                      Location (B):
           Larceny/Theft Category (C):
                Bias Crime Type (D):
      Is Victim also Complainant (E):
         Is Offense Gang Related (F):
         Is Offense Computer Rel (G):
                      Drug Type (H):
         Assault/Homicide Circum (I):
          Burglary Point of Entry (T):

```
            Burglary Method o  Entry (U):
                    Cancel Teletype:
               Cancel Teletype Date:

                           Domestic:
                 Order or Protection:
       Violate Order of Protection:
                      Issuing Court:
                        Arrest Made:
                  Non-Arrest Reason:
                      Resist Arrest:
                      Guns in House:
                 Victim Contrib Fact:
                Suspect Contrib Fact:
        Vulnerable Adult Abuse Case:

        Officer: PO    BERGER          MICHAEL K    4986
     Investigator:
       Supervisor:
```

----------------------------- Tour Report Entries ------------------------ - - ------

Phone: (631)2261563  Nature: 10-17  Priority: 1  CC: 2010-0264208

Location: 206 7TH ST     LINDEN BA    Sector: 115

Cross Street: W JOHN ST / HARRINGTON AV

Complainant: JOSEPH SCHMITT 293-6214

Complainant Addr: 10 PINERIDGE MELVILLE HU

Interview Requested: Y

Remarks: COMP RECIEVED OPEN LINE FROM ABV/M SCREAMING THAT
        "PERSON BETTER GET OUT OR SOMEONE GOING TO DIE TO
        NIGHT"/ABV INFO FROM CAD SEARCH/STAMP**

Date Received: 05/27/10    ECO Pos/ID: 22/872  Unit(s): 115 111 119
Time Received: 18:10       Disp ID:    476
Time To Disp:  18:10       Shield:     5944
Time Dispatch: 18:16       Final Disp: DO
Time Unit Arr: 18:19       CR Field Match:
Time Closed:   19:08

----------------------- Unit Times -----------------------------

  115   05/27/10 18:16 EN
  115   05/27/10 18:19 36 10-36 VIA MDC BUTTON
  115   05/27/10 18:19 36
  115   05/27/10 19:08 38
  111   05/27/10 18:17 EN
  111   05/27/10 19:08 27
  119   05/27/10 18:40 EN
  119   05/27/10 19:07 27
        05/27/10 18:12 FF By 22/0872: RESIDENT NAME FOR LOCATION COMES
        05/27/10 18:12 FF By 22/0872:  BACK TO MRS MCDONNELL

Att # 13

---------------------------- ---- Incident Data --------- ------------------------------

CC: 10-264208  Pct:01 Sector: 115  Car: 115  Domestic: Y  Command: 0100

Report Date: 05/27/10        Occurred From: 05/27/10 - 1805
      Time: 1908                      To:         -

Business Name:                                Town Code: 5250
     Address: 206 N 7TH ST   LINDEN   Zip:

      Offense        Cat        Deg    Description          Att
                                        DOMESTIC

     Remarks: COMP RECIEVED OPEN LINE FROM ABV/M SCREAMING THAT

---------------------------- Persons Involved ------------------------------

Typ Name                    DOB Sex Race    Ethnicity    Relation to Off
 C  MCDONNELL,DANIEL       19701116 M  White   Non-Hispanic   Child
    206 N 7TH ST LINDENHURST NY 11757  [H]:226-1563   [W]:

            Type of Injury: None
            Level of Injury:
            Medical Treatment:

 O  MCDONNELL,JOSEPH              M  White   Non-Hispanic  parent
    206 N 7TH ST LINDENHURST NY  [H]:226-1563    [W]:

            Type of Injury:
            Level of Injury:
            Medical Treatment:

---------------------------- Suspects/Arrestees ------------------------------

Typ Name                    DOB  Sex Race    Ethnicity    Age Hgt Wgt

---------------------------- Vehicle(s) ------------------------------

Year Make          Model          VIN              Color    Plate   St

---------------------------- Property ------------------------------

Per  Sta  Quantity  Description                    Typ  Value

---------------------------- Narrative ------------------------------

VERBAL DISPUTE

---------------------------- Administrative ------------------------------

  Case Status:              Date:
     Teletype:              TOT:

Evidence/Tech Work Done:

            Weapon (A):
          Location (B):
 Larceny/Theft Category (C):
      Bias Crime Type (D):

```
Is Victim also Complainant (E):
     Is Offense Gang Related (F):
     Is Offense Computer Rel (G):
                 Drug Type (H):
     Assault/Homicide Circum (I):
      Burglary Point of Entry (T):
    Burglary Method of Entry (U):
              Cancel Teletype:
         Cancel Teletype Date:


                     Domestic: Y
           Order or Protection: N
  Violate Order of Protection: N
                Issuing Court:
                  Arrest Made: N
            Non-Arrest Reason: No Offense
                Resist Arrest:
                Guns in House: N
           Victim Contrib Fact:
          Suspect Contrib Fact:
   Vulnerable Adult Abuse Case:


    Officer: PO     WILSHYNSKY        ROMAN N       5944
 Investigator:
   Supervisor:

----------------------------- Tour Report Entries -------------------------------
```

# NEW YORK STATE DOMESTIC INCIDENT REPORT

| Agency | ORI | | Spsnt # (NYC) | Incident # |
|---|---|---|---|---|
| SCPD | 05101 | | 3011 | 10-364208 |

**DATES**

| | Month | Day | Year | Time (24 hrs) | Address of Occu. | APT # | Precinct/pcny CTV | Aided # (NYC) | Complaint # |
|---|---|---|---|---|---|---|---|---|---|
| Occurred | 5 | 27 | 10 | 1805 | 206 N. 7th St., Lindenhurst | — | 1 | 115 | 115 |
| Report | 5 | 27 | 10 | 1835/1850 | | | | | |

How can we safely contact you? (e.g. Name, Phone): Self

○ Officer-Initiated   ☒ Radio Run   ○ Walk-In

**VICTIM/PARTY (P1)**

Name (Last, First, M.I.) (include aliases): McDonnell, Daniel
Phone: 226-1563
DOB: Month 11 Day 16 Year 70   Age 39   ☒ Male ○ Female

Street & City: S/A/A   APT # —   Zip 11757
If non-English, language: ○ Spanish ○ Chinese ○ Other:

Injured? ☒ No ○ Yes
Describe: N/A

Removed to Hospital? ☒ No ○ Yes If yes, what hospital? N/A

☒ White ○ Black ○ Asian   ○ Hispanic ☒ Non-Hispanic
○ Native American   ○ Unknown
○ Other:

Notes (e.g. special needs, disability, requests): 

**SUSPECT / PARTY2 (P2)**

Name (Last, First, M.I.) (include aliases): McDonnell, Joseph
Phone: 226-1563
DOB: Month b Day b Year b   Age 70   ☒ Male ○ Female

Street & City: S/A/A   APT # —   Zip 11757
If non-English, language: ○ Spanish ○ Chinese ○ Other:

Injured? ☒ No ○ Yes
Describe: N/A

Removed to Hospital? ☒ No ○ Yes If yes, what hospital? N/A

☒ White ○ Black ○ Asian   ○ Hispanic ☒ Non-Hispanic
○ Native American   ○ Unknown
○ Other:

| | | |
|---|---|---|
| Prior DV History? | ☒ Yes | ○ No |
| Prior DV police report? | ○ Yes | ☒ No |
| Victim fearful? | ○ Yes | ☒ No |
| Access to weapons? | ○ Yes | ☒ No |
| Suspect: Drug/Alc History? | ○ Yes | ☒ No |
| Suspect: Hx suicide threat? | ○ Yes | ☒ No |
| Suspect: Probation/Parole? | ○ Yes | ☒ No |

**LIVING SITUATION**

Do parties currently live together? ○ Yes ☒ No
IF NO, have they lived together in the past? ○ Yes ○ No
Do the parties have a child-in-common? ○ Yes ☒ No

SUSPECT/P2 present?
○ Yes
☒ No

**RELATIONSHIP:** (SUSPECT / P2 to VICTIM / P1)
○ Married   ○ Formerly Married
○ Intimate Partner/Dating   ○ Former Intimate/Dating
○ Child of victim/party 1   ☒ Parent of victim/party 1
○ Relative: _____   ○ Other: _____

**ASSOCIATED PERSONS**

| 1. Name (Street / APT# / City, if needed) | | Phone | DOB Month Day Year | Relationship to victim / P1 |
|---|---|---|---|---|
| McDonnell, Bridgette | S/A/A | 226-1563 | 10 | Mother |
| McDonnell, Danielle | S/A/A | 226-1563 | 12 29 72 | Spouse |

**SUSPECT ACTIONS** (Check all that apply)

| | | | | |
|---|---|---|---|---|
| ○ Biting | ○ Impaired Alcohol/Drugs | ○ Pushing | ○ Threw Items | ☒ Threats: (specify) |
| ○ Destroyed Property (Estimated $____) | ○ Injury to Child | ○ Sexual Assault | ○ Unwanted Contact | ○ Injure/Kill Persons |
| ○ Forced Entry | ○ Injury to Other Persons | ○ Shooting | ○ Verbal Abuse | ○ Injure/Kill Self |
| ○ Forcible Restraint | ○ Injury to Pet/Animal | ○ Slapping | ○ Violated Visitation/ Custody Conditions | ○ Injure/Kill Pet/Animal |
| ○ Hair Pulling | ○ Interference with Phone | ○ Slamming Body | | ○ Take Child |
| ○ Homicide | ○ Intimidation/Coercion | ○ Stabbing | ☒ OTHER Suspect Actions: Verbal Dispute | ○ Destroy/Take Property |
| | ○ Kicking | ○ Strangulation/"Choking" | | ○ Other: ____ |
| | ○ Punching | ○ Suicide or Attempt | | |

☒ Threat with weapon
○ Weapons used: (specify)
○ Blunt Object
○ Gun
○ Motor Vehicle
○ Sharp Instrument
○ Other:

**ARREST & OP**

Arrest Made? ○ Yes ☒ No   Arrest # ____

Reasons arrest not made on-scene: ☒ No Offense Committed   ○ No Probable Cause   ○ Suspect Off-Scene
○ Warrant/Criminal Summons to be requested   ○ Violation level: not in police presence (no citizen's arrest)   ○ Other:

**OFFENSES & OP**

| | Offenses | Law (e.g. PL) | Section (Sub) | Charges Filed |
|---|---|---|---|---|
| 1. | | | | ○ |
| 2. | | | | ○ |
| 3. | | | | ○ |

Offenses Involved: (check all that apply) ○ Felony
○ Misdemeanor   ○ Violation   ○ Other (specify)

| | | | |
|---|---|---|---|
| Registry Checked? | ○ Yes | ☒ No | OP Court Name: |
| Order of Protection? | ○ Yes | ☒ No | ○ Family ○ Criminal ○ Supreme |
| Stay Away Order? | ○ Yes | ☒ No | ○ Out of State ○ Tribal |
| Order Violated? | ○ Yes | ☒ No | |
| Any PRIOR orders? | ○ Yes | ☒ No | Expiration Date: Month Day Year |

**STOP!** > * * * * * * * * * * * * * * **COMPLETE STATEMENT ON PAGE 2 NEXT** * * * * * * * * * * * * * * >

**INVESTIGATION**

Photos Taken? ○ Yes ☒ No   IF YES, photos taken of: ○ Victim Injuries ○ Suspect Injuries ○ Scene ○ Damaged Property ○ Other: ____
Other evidence collected? ○ Yes ☒ No   IF YES, describe:

Results of investigation and basis of action taken. (Were excited utterances, spontaneous admissions or spontaneous statements made? ○ Yes ○ No (Complete 710.30 or other form when applicable). Compl. reports having a verbal dispute with his father. Subject left 1/2 prior to police arrival.

OTHER AGENCIES involved with the parties or incident (e.g. advocates, hospital, probation): N/A

Is there reasonable cause to believe a child may be the victim of abuse, neglect, maltreatment or endangerment? ○ Yes ☒ No IF YES, officer must contact the NYS CHILD ABUSE HOTLINE REGISTRY # 1-800-635-1522

○ Guns in House   ○ Guns Seized   ○ Has Permit   ○ Permit Seized   Issuing County: ____
Permit #(s): ____   Name on Permit(s): ____

CONTACTS INITIATED BY POLICE: ○ Adult Protective Services   ○ Child Protective Services (or ACS)   ○ Domestic Violence Services   ○ Firearms Licensing
○ Mental Health   ○ Parole   ○ Probation   ○ Rape Crisis   ○ Other Agency: ____   Date: ____   Who was notified? ____   Notified by (initial): 3-4

| Officer's Signature (& Rank) | I.D. | Month | Day | Year | |
|---|---|---|---|---|---|
| [signature] 051 #4 1102 | Ken, M(sm) 946947 | 5 | 27 | 10 | 1. Was DIR given to the victim at the scene? ○ Yes ☒ No |
| (PRINT and SIGN) | | | | | 2. Was Victim Rights Notice given to victim? ○ Yes ☒ No |
| Supervisor's Signature & Rank | (PRINT and SIGN) | | | | IF NO, give reason: |

Page 1

*Page 2 of the NYS Domestic Incident Report:*
## STATEMENT OF ALLEGATIONS / SUPPORTING DEPOSITION

Suspect Name (Last, First, M.I.) McDonnell, Joseph

I, Daniel McDonnell (victim/deponent name), state that on 5/27/10, (date) at 1805
Yo, (nombre de victima/deponente), declaro que en tal fecha ___/___/___ en

206 N. 7th St, Lindenhurst NY 11757 (location of incident), in the County/City/Town/Village of Babylon, of the state of New York, the following did occur:
(donde el incidente ocurrio), el condado/ciudad/aldea/pueblo de _____, del estado de Nueva York, lo siguiente occurio:

I had an argument with my dad. At first he didn't want to leave, he went outside and wouldn't go. I was going to call the police but he left. I called my mother first but hung up. I guess it was she who called you, but she says she didn't.

*(Use additional pages as needed)*

**False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law. Declaraciones falsas hechas aqui son castigables como una clase de delito menor, de acuerdo con la seccion 210.45 de la ley penal.**

Victim/Deponent Signature
Firma de victima/deponente

Date 5/27/10
Fecha

**Note:**
*Whether or not this form is signed, this DIR form will be filed with law enforcement.*

**Nota:**
*Si esta forma esta firmada, o no, esta DIR forma sera registrada con la policia.*

Interpreter

Witness or Officer    44/10/2

Date 5/27/10
Date

AII # 13,5

Phone: (516)3187227  Nature: 10-17  Priority: 1  CC: 2011-0018965

Location:  JOHN ST    LINDEN  BA    Sector: 115

Cross Street: N 7TH / ***STAMP

Complainant: MARGARET HESS

Complainant Addr: 92 W JOHN ST LINDEN

Interview Requested: Y

Remarks: POSSIBLE GUN-M FROM NEIGHBORHOOD THREATENING
         COMPL AND HER FIANCE  TOLD THEM HE HAS A "45" IN
         HIS BACK POCKET,NOSE TO NOSE YELLING  DISPUTAC

Date Received: 01/12/11    ECO Pos/ID: 16/853   Unit(s) : 120 119 118 115 116 117
Time Received: 16:20       Disp ID:    442
Time To Disp:  16:20       Shield:     5752
Time Dispatch: 16:22       Final Disp:
Time Unit Arr: 16:23       CR Field Match: E
Time Closed:   17:39

----------------------- Unit Times -----------------------------

 115   01/12/11 16:22 EN
 115   01/12/11 16:23 36 10-36 VIA MDC BUTTON
 115   01/12/11 17:39 38
       01/12/11 16:22 FF By 16/0853: NO WEAPON SEEN-ARGUMENT STARTED
       01/12/11 16:22 FF By 16/0853: OVER SNOW SHOVELING
 116   01/12/11 16:22 EN ASSISTING UNIT 115
 116   01/12/11 17:39 27
 117   01/12/11 16:22 EN
 117   01/12/11 16:27 36 10-36 VIA MDC BUTTON
 117   01/12/11 17:36 27
 119   01/12/11 16:22 EN ASSISTING UNIT 115
 119   01/12/11 16:28 36 10-36 VIA MDC BUTTON
 119   01/12/11 17:33 27
 120   01/12/11 16:24 EN ASSISTING UNIT 115
 120   01/12/11 16:24 36 CNTL
 120   01/12/11 16:45 27
 118   01/12/11 16:22 EN ASSISTING UNIT 115
 118   01/12/11 16:24 36 10-36 VIA MDC BUTTON
 118   01/12/11 17:32 27



CC: 11-018965  Pct:01 Sector: 115  Car: 115   Domestic: N  Command: 0120

Report Date: 01/12/11        Occurred From: 01/12/11 - 1620
        Time: 1710                   To:

Business Name: RESIDENCE                              Town Code: 5250
        Address: 92 W JOHN ST    LINDEN   Zip: 11757

        Offense          Cat        Deg     Description          Att
        PL 240.26  03    V          2       HARASSMENT 2         C

        Remarks:

------------------------------- Persons Involved ----------------------------------

Typ Name                      DOB  Sex Race    Ethnicity      Relation to Off
  C  TEPEDINO,MICHELE         19570615 M  White   Non-Hispanic   Stranger
     3 E GROVE ST LINDENHURST NY  [H]:    4732604 [W]:

                Type of Injury: None
                Level of Injury: Not Injured
             Medical Treatment: Not Treated

------------------------------- Suspects/Arrestees ----------------------------------

Typ Name                      DOB  Sex Race    Ethnicity    Age  Hgt  Wgt
  A  MCDONNEL,DANIEL          19701116 M  White   Non-Hispanic  40
     206 N 7TH ST LINDENHURST NY  [H]:226-1563   [W]:
            Relationship to Victim/Complainant:

------------------------------- Vehicle(s) ----------------------------------

Year Make        Model        VIN                  Color     Plate    St
1991 FORD                                           WHITE     EXM812   NY

------------------------------- Property ----------------------------------

Per  Sta  Quantity  Description                    Typ  Value

------------------------------- Narrative ----------------------------------

ABOVE COMPL. STATES HE WAS PLOWING THE STREET AT HIS FRIENDS
HOUSE WHEN THE NEXT DOOR NEIGHBOR, MCDONNEL, DANIEL AT 206 N 7TH
ST. BACKED HIS ABOVE VAN IN THE DIRECTION OF THE COMPL. TRYING
TO RUN HIM DOWN.  (S) ALSO STATED TO COMPL., 'I HAVE A .45 CAL
AND I'LL USE IT ON YOU.' COMPL. WISHES TO PRESS CHARGES.

UPDATE PO 4981

FACTS- COMPLAINANT TEPEDINO, MICHELLE 6/15/57 REPORTS THAT ON 1/12/11
AT 1710 HRS. IN FRONT OF 92 W. JOHN ST. LINDENHURST HE WAS MENACED BY
A NEIGHBOR MCDONNELL, DANIEL 11/16/70 OF 206 N. 7TH ST LINDENHURST WHO
ALSO ATTEMPTED TO STRIKE HIM WITH A VEHICLE.

STATEMENTS- THAT OF COMPLAINANT, PDCS 1165B, DATED 1/28/11.

EVIDENCE- PHOTOSPREAD INCLUDING POSITIVE ID STATEMENT INCLUDED IN CASE

FOLDER. A SKETCH OF INCIL..JT BY COMPLAINANT ALSO INCLUL. IN CASE
FOLDER.

ACTIONS TAKEN- 1/19/11- RECEIVED CASE. REQUESTED DMV PHOTO OF
DEFENDANT. 1/28/11- PREPARED PHOTOSPREAD. COMPLAINANT AT 1ST PCT. FOR
INTERVIEW. POSITIVE ID AT 1310 HRS. WRITTEN STATEMENT OBTAINED.
INTERVIEW OF WITNESS HESS, MARGARET 9/19/62 WHO REFUSED WRITTEN
STATEMENT. CONTACTED DEFENDANT BY TELEPHONE AND ARRANGED SURRENDER.
1/30/11- ARRESTED DEFENDANT AT 1000 HRS. ATTATCHED TO ATTORNEY ARTURA,
RICHARD. ADVISED COMPLAINANT OF STATUS.

CONCLUSION- CASE IS CLEARED BY ARREST.


----------------------------- Administrative ------------------------------

Case Status: Cleared by Arrest    Date: 20110130
      Teletype:                         TOT:

Evidence/Tech Work Done:

                        Weapon (A):
                      Location (B): Highway/Roadway/Str.
        Larceny/Theft Category (C):
              Bias Crime Type (D):
      Is Victim also Complainant (E):
          Is Offense Gang Related (F): N
          Is Offense Computer Rel (G): N
                     Drug Type (H):
       Assault/Homicide Circum (I):
         Burglary Point of Entry (T):
        Burglary Method of Entry (U):
                Cancel Teletype:
            Cancel Teletype Date:
              Victim Contrib Fact: None
             Suspect Contrib Fact: None
       Vulnerable Adult Abuse Case: N

      Officer: PO    KLARMANN      MICHAEL J   5752
 Investigator: PDET  KARP          BRIAN M     1434
   Supervisor: SGT   ANDERSON      ROBERT S    0903

----------------------------- Tour Report Entries ------------------------------

Att # 143

Phone: (631)2262694  Nature: 10-17  Priority: 1  CC: 2011-0041938

Location: 212 7TH ST    LINDEN BA    Sector: 115

Cross Street: W JOHN ST / HARRINGTON AV

Complainant: PATRICE SPINA

Complainant Addr: 212 N 7TH ST  LINDEN BA

Interview Requested: Y

Remarks: NEIGHBOR ASSAULTING COMP HUSBAND
          **STAMP**


Date Received: 01/26/11    ECO Pos/ID: 19/453   Unit(s): 118 118 115 117 119
Time Received: 16:29       Disp ID:    877
Time To Disp:  16:29       Shield:     5576
Time Dispatch: 16:30       Final Disp:
Time Unit Arr: 16:35       CR Field Match: E
Time Closed:   18:57

----------------------- Unit Times -----------------------

 119   01/26/11 16:30 EN ASSISTING UNIT 118
 119   01/26/11 16:35 36 10-36 VIA MDC BUTTON
 119   01/26/11 16:35 36 10-36 VIA MDC BUTTON
 119   01/26/11 16:35 36
 119   01/26/11 16:39 CO By 01/0877: CONTROLLED SITUATION
 119   01/26/11 17:19 27
 115   01/26/11 16:33 EN ASSISTING UNIT 118
 115   01/26/11 16:38 36 10-36 VIA MDC BUTTON
 115   01/26/11 18:57 38
 118   01/26/11 16:30 EN
 118   01/26/11 16:35 36 10-36 VIA MDC BUTTON
 118   01/26/11 16:35 36
 118   01/26/11 16:44 27
 118   01/26/11 16:44 EN
 118   01/26/11 16:44 36
 118   01/26/11 16:52 27
       01/26/11 16:31 FF By 29/0791: CHRISTINA RECALLED NEIGHBOR THRE
       01/26/11 16:31 FF By 29/0791: ATENING HER FATHER IFO IL/NO WEA
       01/26/11 16:31 FF By 29/0791: PONS
       01/26/11 16:48 FF By 01/0877: XREF CC#41936
 117   01/26/11 16:31 EN ASSISTING UNIT 118
 117   01/26/11 16:38 36 10-36 VIA MDC BUTTON
 117   01/26/11 17:12 27



```
------------------------ ---- Incident Data --------- ---------------- - - - - -

CC: 11-041938  Pct:01 Sector: 115  Car: 115   Domestic: N  Command: 0120

Report Date: 01/26/11          Occurred From: 01/26/11 - 1628
      Time: 1638                         To:        -

Business Name: RESIDENCE                              Town Code: 5250
      Address: 212 N 7TH ST    LINDEN   Zip: 11757

      Offense        Cat        Deg    Description           Att
      PL 240.26 03    V          2      HARASSMENT 2           C

      Remarks: NEIGHBOR ASSAULTING COMP HUSBAND

------------------------------- Persons Involved ------------------------- - - - - -

Typ Name                      DOB  Sex Race    Ethnicity      Relation to Off
 C  SPINA,VINCENT             19641024 M  White    Non-Hispanic
    212 N 7TH ST LINDENHURST NY  [H]: 6312262694 [W]:


            Type of Injury:
            Level of Injury:
            Medical Treatment:



----------------------------- Suspects/Arrestees ------------------------------

Typ Name                      DOB  Sex Race    Ethnicity      Age Hgt Wgt
 S  MCDONNELL,DANIEL          19701116 M  White                40
    206 N 7TH ST LINDENHURST NY  [H]:            [W]:
            Relationship to Victim/Complainant:

------------------------------- Vehicle(s) ------------------------------- - - -

Year Make          Model        VIN             Color     Plate    St

------------------------------- Property -------------------------------------

Per  Sta  Quantity  Description                    Typ  Value

------------------------------- Narrative -------------------------------------

COMP STATES THAT HE WAS CONFRONTED OUTSIDE HIS RESIDENCE BY HIS
NEIGHBOR (ABOVE S) WHO STATED TO THE COMP THAT HE WAS GOING TO
KILL THE COMP AND THAT HIS FAMILY WOULD BE GOING TO HIS FUNERAL.
THIS CAUSED THE COMP TO BE FEARFUL FOR HIS SAFETY AND THAT OF HIS
FAMILY.  UPON ARRIVAL, THE SUSPECT HAD RETURNED TO HIS HOME AND
REFUSED TO ANSWER HIS DOOR TO SPEAK WITH UNDERSIGNED.  COMP
STATES THIS IS AN ONGOING PROBLEM AND WOULD LIKE TO HAVE SUSPECT
ARRESTED.  COPY TO PCS.

Facts:  On 01/26/2011, at approximately 1628 hrs, the
   complainant, Vicent SPINA, dob: 10/24/1964, states
   that at I/F/O 212 North 7 St., Lindenhurst, a Daniel
   McDonnell, dob: 11/16/1970 did harass the C/V by
   screaming at the C/V, "Your fucking dead man, tell
   your family to start planning your funeral!".

Evidence:  None.
```

Att # 15-2

Statements: None.

Actions Taken: The I/O received the case on 01/26/11, as a
result of a walk-in to the 1st Pct. The C/V was
interviewed and based on this interview a criminal
summons for a charge of Harassment 2, NYS PL 240.26
sub 1 was prepared and forwarded to 1st District
Court.

Conclusion: Case classified as Exceptionally Cleared.


------------------------------ Administrative ------------------------------

    Case Status: Exceptionally Clea   Date: 20110403
       Teletype:                      TOT: 0120

 Evidence/Tech Work Done:

                        Weapon (A): None/Not Applicable
                      Location (B): Single Family Yard/Garden
        Larceny/Theft Category (C):
              Bias Crime Type (D):
    Is Victim also Complainant (E): Y
        Is Offense Gang Related (F): N
        Is Offense Computer Rel (G): N
                     Drug Type (H):
        Assault/Homicide Circum (I):
        Burglary Point of Entry (T):
       Burglary Method of Entry (U):
               Cancel Teletype:
          Cancel Teletype Date:
             Victim Contrib Fact:
            Suspect Contrib Fact:
     Vulnerable Adult Abuse Case:

       Officer: PO    WHIDDEN      JOHN C     5576
  Investigator: PO    SHERIDAN     JOHN M     4803
    Supervisor: SGT   OBRIEN       DAVID R    0828

------------------------------ Tour Report Entries ------------------------------



# COUNTY OF SUFFOLK



STEVE BELLONE
COUNTY EXECUTIVE

## POLICE DEPARTMENT

EDWARD WEBBER
POLICE COMMISSIONER

July 1, 2013

Daniel Foisset
1555 6th Street
West Babylon, New York 11704

### I.A.B. Case #11-347i

Dear Mr. Foisset:

    I am investigating a complaint of alleged police misconduct regarding the in-custody death of Mr. Daniel McDonnell on May 6, 2011 at the First Precinct in West Babylon. Our records indicate that you responded to this call on behalf of the West Babylon Fire Department.

Please contact me at your earliest convenience to discuss this matter. I may be reached at the Internal Affairs Bureau at (631) 852-6265. Thank you.

Yours truly

Christopher A. Love
Sergeant
Internal Affairs Bureau





***ACCREDITED LAW ENFORCEMENT AGENCY***

30 YAPHANK AVENUE, YAPHANK, NEW YORK 11980 – (631) 852-6000

comm ISDn 19# 11-347, iCL

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☒ No

1. Article Addressed to:

Daniel Foisset
1555 6th Street
W. Babylon NY 11704

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7011 2970 0003 4592 2172

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL · RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | 46 |
| Certified Fee | | 310 |
| Return Receipt Fee (Endorsement Required) | | 255 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 611 |

Sent To
Daniel Foisset

Street, Apt. No.; or PO Box No.
1555 6th Street

City, State, ZIP+4
W. Babylon NY 11704

7011 2970 0003 4592 2172

PS Form 3800, August 2006    See Reverse for Instructions

YAPHANK NY 11980
JUN -2
USPS


STEVE BELLONE
COUNTY EXECUTIVE

## POLICE DEPARTMENT

EDWARD WEBBER
POLICE COMMISSIONER

July 1, 2013

Thomas Smyth
40 Maryland Street
Dix Hills, New York 11746

**I.A.B. Case #11-347i**

Dear Mr. Smyth:

I am investigating a complaint of alleged police misconduct regarding the in-custody death of Mr. Daniel McDonnell on May 6, 2011 at the First Precinct in West Babylon. Our records indicate that you responded to this call on behalf of the West Babylon Fire Department.

Please contact me at your earliest convenience to discuss this matter. I may be reached at the Internal Affairs Bureau at (631) 852-6265. Thank you.

Yours truly

Christopher A. Love
Sergeant
Internal Affairs Bureau



*ACCREDITED LAW ENFORCEMENT AGENCY*

30 YAPHANK AVENUE, YAPHANK, NEW YORK 11980 – (631) 852-6000



comm 1500 1944 11-3471 CL

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X _____ □ Agent □ Addressee <br> B. Received by ( Printed Name ) C. Date of Delivery 1-3 |

1. Article Addressed to:

Thomas Smyth
40 Maryland Street
Dix Hills NY 11746

D. Is delivery address different from item 1? □ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail   □ Express Mail
□ Registered       □ Return Receipt for Merchandise
□ Insured Mail     □ C.O.D.

4. Restricted Delivery? (Extra Fee)   □ Yes

le Number
sfer from service l    7011 2970 0003 4592 2189

n 3811, February 2004   Domestic Return Receipt   102595-02-M-154

---

7011 2970 0003 4592 2189

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ 46 |
| Certified Fee | 310 |
| Return Receipt Fee (Endorsement Required) | 255 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6|L |

Postmark Here
VAPHANK NY 11?
JUL 2 2013
USPS

Sent To
Thomas Smyth

Street, Apt. No.;
or PO Box No.   40 Maryland street

City, State, ZIP+4   Dix Hills NY 11746

PS Form 3800, August 2006   See Reverse for Instructions

COUNTY OF SUFFOLK



STEVE BELLONE
COUNTY EXECUTIVE

**POLICE DEPARTMENT**

EDWARD WEBBER
POLICE COMMISSIONER

July 1, 2013

Alysha Coelho
36 Prescott Place
Old Bethpage, New York 11804

**I.A.B. Case #11-347i**

Dear Ms. Coelho:

    I am investigating a complaint of alleged police misconduct regarding the in-custody death of Mr. Daniel McDonnell on May 6, 2011 at the First Precinct in West Babylon. Our records indicate that you responded to this call on behalf of the West Babylon Fire Department.

Please contact me at your earliest convenience to discuss this matter. I may be reached at the Internal Affairs Bureau at (631) 852-6265. Thank you.

               Yours truly,

               Christopher A. Love
               Sergeant
               Internal Affairs Bureau





*ACCREDITED LAW ENFORCEMENT AGENCY*

30 YAPHANK AVENUE, YAPHANK, NEW YORK 11980 – (631) 852-6000

comm 1800   IP # 11-341   CL

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse
  so that we can return the card to you.
- Attach this card to the back of the mailpiece,
  or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Jorge Acosta_
☐ Agent
☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☒ No

1. Article Addressed to:

Alysha Coelho
36 Prescott Place
Old Bethpage NY 11804

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7011 2970 0003 4592 2165

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | 46 |
| Certified Fee | | 310 |
| Return Receipt Fee (Endorsement Required) | | 255 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 611 |

YAPHANK NY 11980
Postmark
Here
JUL -2 2009
USPS

Sent To  Alysha Coelho
Street, Apt. No.; or PO Box No.  36 Prescott Place
City, State, ZIP+4  Old Bethpage NY 11804

PS Form 3800, August 2006        See Reverse for Instructions

7011 2970 0003 4592 2165