UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

ESTATE OF DANIEL McDONNELL, BY DANIELLE
McDONNELL, Administratrix, DEVON McDONNELL,
an infant by his mother and natural guardian,
DANIELLE McDONNELL and DANIELLE McDONNELL,
Individually,

                   Plaintiffs,

          -against-

SGT. RICHARD BRESSINGHAM, et al,

               Defendants.

-----------------------------------------------------------------

**SUBPOENA**
**DUCES TECUM**

**CV #: 11-4221(WFK)**

TO:    INSPECTOR MICHAEL CALDARELLI, COMMANDING OFFICER
        INTERNAL AFFAIRS BUREAU
        Suffolk County Police Department
        30 Yaphank Avenue
        Yaphank, New York, 11980

       YOU ARE HEREBY Commanded to produce a full and complete original Internal Affairs file relating to the investigation and death of Daniel McDonnell.

       This subpoena may be satisfied by delivering the copy of the file to the U. S District Court of the Eastern District of New York- 225 Cadman Plaza East, Brooklyn, New York 11201, on May 15, 2014.

       **That pursuant to FRCP Rule 45, this subpoena may be complied with by delivering a full-sized legible reproduction, certified as correct by the custodian of such records, THE** SUFFOLK COUNTY POLICE DEPARTMENT, INTERNAL AFFAIRS BUREAU.

Dated: April 28, 2014
       Freeport, NY 11520

           LAW OFFICES OF STEPHEN CIVARDI AND OBIOL

           By:    Stephen Civardi, Esq.
                  Attorney for the Plaintiff
                  Freeport Legal Plaza
                  23 South Main Street, Suite 30
                  Freeport, NY 11520
                  Telephone: (516) 678-9797
                  Fax: (516) 678-2266