1

2  UNITED STATES DISTRICT COURT

3  EASTERN DISTRICT OF NEW YORK

4  CV No.: 04221

5  - - - - - - - - - - - - - - - -x

6  ESTATE OF DANIEL McDONNELL, BY DANIELLE
   McDONNELL, Administratrix, DEVON
   McDONNELL, an infant by his mother and

7  natural guardian, DANIELLE McDONNELL and
   DANIELLE McDONNELL, Individually,

8

9                   Plaintiffs,

10        -against-

11 SGT. RICHARD BRESSINGHAM, SGT. HENRY
   ARNOLD, SGT. FRANK PAPPILLO, POLICE

12 OFFICERS RICCARDO MASCIO, JOHN McGLYNN,
   GREGORY JUNGEN, ROBERT BODENMILLER,

13 CHRISTOPHER MILLS, ADAM QUINONES, RUSS
   CAPRIA, DANE FLYNN, MICHAEL MANNINO,

14 PATRICK AHEARN, and ANDREW YOUNG, and
   LIEUTENANT WILLIAM SCRIMA, INDIVIDUALLY

15 AND IN THEIR CAPACITIES AS SUFFOLK COUNTY
   POLICE OFFICERS, COUNTY OF SUFFOLK,

16 SUFFOLK COUNTY POLICE DEPARTMENT and
   MULTIPLE SUFFOLK COUNTY POLICE OFFICERS

17 WHOSE NAMES ARE CURRENTLY UNKNOWN,

18                   Defendants.

19 - - - - - - - - - - - - - - - - - -x

20        100 Veterans Memorial Highway
          Hauppauge, New York

21

          October 11, 2012

22        10:11 A.M.

23

24    DEPOSITION OF ODETTE ROSA HALL, M.D.

25    (Caption continued on following page.)

1

2      DEPOSITION of ODETTE ROSA HALL, M.D.,

3   a Nonparty Witness herein, held at the

4   above time and place, taken before Denise

5   Parisi, a Shorthand Reporter and Notary

6   Public of the State of New York, pursuant

7   to the Federal Rules of Civil Procedure,

8   Agreement, and stipulations between

9   Counsel.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1      Odette Rosa Hall, M.D.

2   there anything that can bring on excited

3   delirium?

4      A      In a lot of cases, it's

5   described in individuals who are

6   intoxicated by illicit substances,

7   particularly cocaine.  It can also happen

8   in individuals with psychiatric disorders.

9      Q      And, in this case, toxicology

10  was done by your office; is that correct?

11     A      Correct.

12  —   Q      And do you recall the results of

13  that, uh -- those tests?

14     A      That he did not have any illicit

15  drugs present in his system.

16     Q      The term "excited delirium," is

17  that an illness, a symptom, a traumatic

18  event, something else?  How would you

19  describe that?

20          MR. MITCHELL:  I object to the

21     form.

22          You can answer.

23     A      It's a constellation of symptoms

24  and presentation of behavior.

25     Q      And those are the symptoms and

1       Odette Rosa Hall, M.D.

2  stressor?

3           MR. MITCHELL:  Object to the

4      form.

5           You can answer.

6      A    Yes.

7      Q    Um, you also mention in your

8  cause of death that the decedent had

9  bipolar disorder; correct?

10     A    Yes.

11     Q    How does that factor in here?

12     A    Because it is something that

13 would predispose him to develop excited

14 delirium.

15     Q    Um, under what circumstances?

16     A    It's just more common in

17 individuals with psychiatric disorders.

18     Q    Um, so this excited delirium,

19 uh, was brought on by what?

20          MR. MITCHELL:  Object to the

21     form.

22          You can answer.

23     A    You can't say necessarily what's

24 going to precipitate it just recognizing

25 it when it's happened.  But it's not to

1          Odette Rosa Hall, M.D.

2     say if this happens, the person's going to

3     go into a state of excited delirium.

4          Q       Um, moving on to your, uh,

5     anatomic diagnosis.  Again, we have

6     "sudden death," and that means, um, what

7     again?

8          A       An abrupt cessation of life.

9          Q       Uh, "following the physical

10    struggle and restraint"; correct?

11         A       Correct.

12         Q       "In a person with bipolar

13    disorder with excited delirium syndrome."

14    And then you go on to mention hypertensive

15    cardiovascular disease, uh, and obesity.

16             Um, do you know when, uh,

17    Mr. McDonnell began to experience this

18    excited delirium syndrome?

19             MR. MITCHELL:  Object to the

20         form.

21             You can answer.

22         A       From the reports that I have,

23    the morning of the 6th.

24         Q       Uh, do you know approximately

25    how long before his death?

1        Odette Rosa Hall, M.D.

2     A        Roughly an hour to two hours.

3     Q        Uh, and, again, I believe you

4   said you're not sure what brought this

5   excited delirium on.

6     A        Correct.

7     Q        Um, do you know if it began

8   before he was Tasered or after he was

9   Tasered?

10          MR. MITCHELL:   I object to the

11       form.

12          You can answer.

13    A        Before.

14    Q        Um, and if someone experiences

15  excited delirium syndrome, um, is there a

16  certain way they should or shouldn't be

17  treated?

18          MR. MITCHELL:   I object to the

19       form.

20          You can answer.

21    A        That, I can't answer because I

22  don't treat live patients, so I don't know

23  how they would be treated in a live

24  setting.

25    Q        Um, as a deputy medical

1    Odette Rosa Hall, M.D.

2  excited delirium?

3    A    I would say that he was still in

4  it.

5    Q    Uh, but that may just have been

6  a result of his, uh, not having

7  therapeutic levels of his medication?

8    MR. MITCHELL:  I object to the

9    form.

10    You can answer.

11    A    Again, I have read that the

12  cessation of medications can bring on

13  excited delirium.

14    Q    Okay.

15    Without excited delirium being,

16  uh, involved, can, uh, the cessation of

17  these psychotropic drugs, um, cause

18  someone to act in the way that was

19  described about Mr. McDonnell?

20    MR. MITCHELL:  Object to the

21    form.

22    You can answer.

23    A    That, I don't know.  I can only

24  say in terms of what I read for the

25  understanding of excited delirium, but I

1          Odette Rosa Hall, M.D.
2    can't say in general.
3        Q    Um, so if excited delirium is
4    not even in the picture, uh, whatsoever,
5    you don't know whether, um, his cessation
6    of medication could have caused him to act
7    this way?
8            MR. MITCHELL:  Object to the
9        form.
10           You can answer.
11       A    Correct.
12       Q    What is it that caused you to do
13   this research on excited delirium?
14           MR. MITCHELL:  Object to the
15       form.
16           You can answer.
17       A    Because that's what I believe he
18   had.
19       Q    But you were unfamiliar with
20   that, uh, prior to this case; correct?
21       A    I was familiar with the concept
22   of excited delirium, but I wanted to make
23   sure I understood the -- the physiology
24   and the symptomatology of excited
25   delirium.

1        Odette Rosa Hall, M.D.

2    Q    Did you do any research, uh,

3 into, um, the physiology, uh, of cessation

4 of bipolar medication?

5        MR. MITCHELL:  Object to the

6    form.

7        You can answer.

8    A    No.

9    Q    Okay.

10        Um, are you aware -- aware of

11 whether or not, uh, cessation of bipolar

12 medication should be done under the, um,

13 supervision of a physician?

14        MR. MITCHELL:  Object to the

15    form.

16        You can answer.

17    A    I am not.

18    Q    Um, did you do any research to

19 find out what would happen if someone

20 suddenly stopped taking, uh, bipolar

21 medication?

22        MR. MITCHELL:  Object to the

23    form.

24    A    I did not.

25        MR. MITCHELL:  You can answer.