UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
ESTATE OF DANIEL McDONNELL, BY :
DANIELLE McDONNELL, Administratrix, *et al.*, :
:
Plaintiffs, : **ORDER**
: 11-cv-4221 (WFK) (GRB)
-*against*- :
:
SGT. RICHARD BRESSINGHAM, *et al.*, :
:
Defendants. :
:
------------------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

The Court has reviewed, *de novo*, the Report & Recommendation of the Hon. United States Magistrate Judge Gary R. Brown and agrees in full with his analysis and conclusions. Accordingly, the Court hereby ADOPTS the Report and Recommendation, Dkt. 63, in its entirety. The Clerk of Court is respectfully directed to close this action and enter judgment in accordance with the attached Compromise Order.

**SO ORDERED.**

s/WFK

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: October 23, 2014
      Brooklyn, New York